```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07425
   ERIC BENNETT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-7546


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/24/2007 and was confirmed 06/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/22/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
-------------------------------------------------------------------------------
CITIFINANCIAL INC         CURRENT MORTG        .00             .00             .00
CITY OF CHICAGO WATER DE  SECURED           422.00             .00           84.48
COOK COUNTY TREASURER     SECURED           618.19             .00          124.56
NEW AGE CHICAGO FURNITUR  SECURED           500.00             .00           99.96
NEW AGE CHICAGO FURNITUR  UNSECURED        2196.00             .00             .00
BETTY BERRY               NOTICE ONLY      NOT FILED           .00             .00
IL STATE DISBURSEMENT UN  DSO ARREARS      2188.14             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         1572.44             .00             .00
AFNI                      PRIORITY         2735.07             .00             .00
COMMONWEALTH EDISON       NOTICE ONLY      NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED       13432.76             .00             .00
CITY OF CHICAGO PARKING   UNSECURED         990.00             .00             .00
COMMONWEALTH EDISON       UNSECURED        3671.61             .00             .00
DISH NETWORK              UNSECURED       NOT FILED            .00             .00
FIRST PREMIER BANK        UNSECURED       NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00             .00
NCO FINANCIAL             UNSECURED         161.77             .00             .00
INOVISION                 UNSECURED       NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        6371.41             .00             .00
RJM ACQUISITIONS          UNSECURED       NOT FILED            .00             .00
WALMART                   UNSECURED       NOT FILED            .00             .00
CITIFINANCIAL INC         NOTICE ONLY     NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED          51.09             .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         960.76             .00             .00
ROUNDUP FUNDING LLC       UNSECURED         305.96             .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,434.00                       1,532.45
TOM VAUGHN                TRUSTEE                                           138.55
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 07425 ERIC BENNETT
```

```
-------------------------------------------------------------------------------
TRUSTEE                                 1,980.00

PRIORITY                                                              .00
SECURED                                                            309.00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,532.45
TRUSTEE COMPENSATION                                               138.55
DEBTOR REFUND                                                         .00
                                        ---------------   ---------------
TOTALS                                  1,980.00                 1,980.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                            PAGE   2
         CASE NO. 07 B 07425 ERIC BENNETT